## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | November 16, 2021 |
| **TIME:** | 3:00 P.M. |
| **DOCKET NUMBER(S):** | CV-21-2193 (KAM) |
| **NAME OF CASE(S):** | **GIOIA V. ALTICE USA, INC. ET. AL.** |
| **FOR PLAINTIFF(S):** | Dweck |
| **FOR DEFENDANT(S):** | Smith, Camden |
| **NEXT CONFERENCE(S):** | **See rulings below** |
| **FTR/COURT REPORTER:** | N/A |

**RULINGS FROM SETTLEMENT CONFERENCE:**

Settlement discussions were held but the parties were unable to reach a disposition at this time.  Parties shall advise the Court when a further settlement conference would be productive.