**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------x

PAUL GIOIA,

                 Plaintiff,

          -against-

ALTICE USA, INC. and PATRICK XIQUES,

              Defendants.

--------------------------------------------------------------------x

Civil Action No.: 21-cv-0219

**STIPULATION OF DISMISSAL**
**WITH PREJUDICE**

       **IT IS HEREBY STIPULATED AND AGREED** by and between counsel for the parties hereto that the above-captioned action is hereby dismissed with prejudice and without costs to any party.

       **IT IS FURTHER STIPULATED AND AGREED** that this stipulation may be executed in counterparts and that electronic and facsimile signatures shall be deemed to be originals.

Dated:  May 7, 2022
         New York, New York

The Dweck Law Firm, LLP
*Attorneys for Plaintiff*

By: _____
     H.P. Sean Dweck, Esq.
1 Rockefeller Plaza
New York, New York 10020
(212) 687-8200
hpsdweck@dwecklaw.com

SEYFARTH SHAW LLP,
*Attorneys for Defendants*

By: _____
     Cameron Smith, Esq.
620 Eighth Avenue
New York, New York 10018
(212) 218-5605
casmith@seyfarth.com